RENEE SCIARA et al., Respondents, v SURGICAL ASSOCIATES OF WESTERN NEW YORK, P.C., et al., Respondents. USHA CHOPRA, M.D., Nonparty Appellant.

Submitted December 16, 2013; decided February 20, 2014

Motion for an order precluding defendants Surgical Associates of Western New York, P.C. and George Blessios, M.D. from submitting a brief on the appeal denied.

In the Matter of S.J., Appellant, v STATE OF NEW YORK, Respondent.

Submitted December 30, 2013; decided February 20, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

In the Matter of TOWN OF NORTH HEMPSTEAD, Appellant-Respondent, v COUNTY OF NASSAU, Respondent-Appellant.

Submitted February 18, 2014; decided February 20, 2014

Motion by Town of Islip for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of VERONICA P., Respondent, v RADCLIFF A., Appellant.

Submitted February 10, 2014; decided February 20, 2014

Motion for assignment of counsel granted and Eric Nelson, Esq., 54 Florence Street, Staten Island, New York 10308 assigned as counsel to the respondent on the appeal herein.